E. Paul Kovacs and Company, Inc. *v.* Common
Council of the City of Danbury

The plaintiff's petition for certification for appeal
from the Superior Court in the judicial district of
Danbury is denied by the court.

*Edward J. Gallagher,* in support of the petition.

*Thomas A. Frizzell,* in opposition.

Decided June 25, 1980

Michael Handler et al. *v.* Planning and Zoning
Commission of the Town of Manchester et al.

The plaintiffs' petition for certification for appeal
from the Superior Court in the judicial district of
Hartford-New Britain at Hartford is denied by the
court.

*Noah H. Starkey,* in support of the petition.

*Kevin M. O'Brien* and *Laurence P. Rubinow,* in
opposition.

Decided June 25, 1980

Linda Anderson et al. *v.* Edward J. Stockton,
Commissioner of the Department of
Economic Development

The plaintiffs' petition for certification for appeal
from the Superior Court in the judicial district of
Waterbury is denied by the court.

*David A. Pels,* in support of the petition.

*William J. Prensky,* assistant attorney general,
in opposition.

Decided June 25, 1980